**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Oscar JIMENEZ–LOPEZ, Defendant— Appellant.**

No. 11–10393.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.*

Filed March 12, 2012.

Melanie McGhee, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

Ramiro Flores, Jr., Flores & Haywood, PLLC, Tucson, AZ, for Defendant–Appellant.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Oscar Jimenez–Lopez appeals from the 77–month sentence imposed following his guilty-plea conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jimenez–Lopez contends that the district court procedurally erred by failing to explain adequately the reasons for the sentence. We review for plain error, *see United States v. Valencia–Barragan*, 608 F.3d 1103, 1108 (9th Cir.2010), and we find none. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir.2008) (en banc) ("[A]dequate explanation in some cases may ... be inferred from the PSR or the record as a whole.").

Jimenez–Lopez also contends that his sentence is substantively unreasonable. The record reflects that, under the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence at the bottom of the Guidelines range is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.